```
1  McGREGOR W. SCOTT
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIMON JACOB, SEENA SAVIOUR BABY, <br><br> Plaintiffs, <br><br> v. <br><br> Michael Chertoff, Secretary of Homeland Security, et al. <br><br> Defendants. | No. 2:08-CV-01106-MCE-EFB <br><br> JOINT STIPULATION RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their application for by U.S. Citizenship and Immigration Services (CIS).  The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level.  Accordingly, the parties stipulate to a first extension of time in which to file the government's answer to the complaint, until August 18, 2008.

Dated: July 16, 2008

                        McGREGOR W. SCOTT
                        United States Attorney


By:  /s/Audrey Hemesath
     Audrey B. Hemesath
     Assistant U.S. Attorney
     Attorneys for the Defendants


By:  /s/ Terry R. Hunt
     Terry R. Hunt
     Attorney for the Plaintiffs

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to August 18, 2008.

IT IS SO ORDERED.

Dated: July 28, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE