McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIMON JACOB, SEENA SAVIOUR BABY,<br><br>    Plaintiffs,<br><br>    v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 2:08-cv-01106-MCE-EFB<br><br>JOINT STIPULATION RE: SECOND EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

  This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their application for by U.S. Citizenship and Immigration Services (CIS). The parties have previously stipulated to one thirty day extension of time in this matter. The parties respectfully inform the Court that they continue to endeavor to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a second extension of time in which to file the government's answer to the complaint, until September 18, 2008.

Dated: August 18, 2008

              McGREGOR W. SCOTT
              United States Attorney

         By: /s/Audrey Hemesath
             Audrey B. Hemesath
             Assistant U.S. Attorney
             Attorneys for the Defendants

         By: /s/ Terry R. Hunt
             Terry R. Hunt
             Attorney for the Plaintiffs

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to September 18, 2008.

IT IS SO ORDERED.

Dated: August 19, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE