McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIMON JACOB, SEENA SAVIOUR BABY,<br><br>    Plaintiffs,<br><br>    v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>    Defendants. | No. 2:08-cv-01106-MCE-EFB<br><br>JOINT STIPULATION RE: DISMISSAL AND ORDER |

This is an immigration case in which plaintiffs have challenged the delay in the adjudication of their application for adjustment of status by U.S. Citizenship and Immigration Services (CIS). As of the date of this filing, the applications have been adjudicated; accordingly, the parties hereby stipulate to dismissal of this action.

///
///
///
///
///
///
///

The parties further stipulate that plaintiffs may move for attorney's fees pursuant to the Equal Access to Justice Act within 90 days of the date of dismissal.

Dated: September 16, 2008

                                    McGREGOR W. SCOTT
                                    United States Attorney

By:   /s/Audrey Hemesath
        Audrey B. Hemesath
        Assistant U.S. Attorney
        Attorneys for the Defendants

By:   /s/ Terry R. Hunt
        Terry R. Hunt
        Attorney for the Plaintiffs

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is dismissed as moot.

IT IS SO ORDERED.

Dated: September 18, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE